Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| KIRSTEN G. KONO and CHRISTOPHER KONO, husband and wife, individually and on behalf of the marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>K.K.W. Trucking, Inc.; a foreign corporation; and GERALD MASSEY, an individual,<br><br>Defendants. | No. 3:21-cv-05851-JHC<br><br>STIPULATED MOTION FOR EXTENSION OF EXPERT-RELATED DEADLINES<br><br>NOTE ON MOTION CALENDAR: AUGUST 8, 2022 |

The parties jointly move for an Order extending the expert-related discovery deadlines shown below. This motion is not intended to alter any other deadlines or the trial date.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosures Due | September 12, 2022 | October 12, 2022 |
| Rebuttal Expert Disclosures Due | October 12, 2022 | November 12, 2022 |

This case arises out of a motor vehicle accident on January 25, 2019 when Defendant Massey operating a commercial motor vehicle ran a red light and struck a Sound Transit bus. Plaintiff was a passenger on that bus and claims to have sustained personal injuries as a result.

Plaintiff filed this lawsuit in the Pierce County Superior Court on October 29, 2021. Defendants removed the case to this federal court on November 19, 2021. After Defendants

STIPULATED MOTION FOR EXTENSION OF EXPERT-RELATED DEADLINES
(Cause No. 3:21-cv-05851-JHC) – 1
ss/JS6317.106/4098388X

WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

filed their Answer and the parties submitted a Joint Status Report, the Court entered a Scheduling Order on February 23, 2022 setting the deadline to disclose experts as September 12, 2022 and the deadline to disclose rebuttal experts as October 12, 2022.

Since then, the parties have exchanged and completed written discovery. On March 18, 2022, Plaintiff signed an authorization allowing Defendants to collect her pertinent medical records. While many providers have responded, some important medical providers have yet to produce their records, thereby delaying discovery and now necessitating subpoenas duces tecum to compel their responses. This delay materially impacts the progress of the case, because Defendants wish to take Plaintiff's deposition after collecting all her medical records and then seek a Rule 35 exam to evaluate and respond to Plaintiff's injuries. The parties hope to discuss an early resolution after completing this discovery.

The current deadline to disclose experts of September 12, 2022 is unworkable given the delays by the providers. The parties believe it would be appropriate to extend the expert disclosure deadline by 30 days to allow a brief extension of time to compel the unresponsive medical providers to produce their records, with an equal extension to the rebuttal expert disclosures in turn. This is the first extension requested and does not impact the other case deadlines or trial date.

For these reasons, the parties agree there is good cause for this motion and jointly ask the Court to grant it and extend the discovery deadlines accordingly.

STIPULATED MOTION FOR EXTENSION OF
EXPERT-RELATED DEADLINES
(Cause No. 3:21-cv-05851-JHC) – 2
ss/JS6317.106/4098388X

WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED: August 8, 2022.

*s/ Dylan E. Jackson*
Dylan E. Jackson, WSBA No. 29220
Jeff M. Sbaih, WSBA No. 51551
WILSON SMITH COCHRAN DICKERSON
1000 Second Avenue, Suite 2050
Seattle, WA 98104-3629
*Attorneys for Defendants*


*s/ Jackson Pahlke*
John R. Connelly, Jr., WSBA No. 12183
Jackson Pahlke, WSBA No. 52812
CONNELLY LAW OFFICES
2301 North 30th Street
Tacoma, WA 98403
*Attorneys for Plaintiff*

**ORDER**

The stipulated motion of the parties is GRANTED. Expert Disclosures shall be due October 12, 2022. Rebuttal Expert Disclosures shall be due November 12, 2022. It is so ORDERED.

DATED this 9th day of August, 2022.



HONORABLE JOHN H. CHUN
UNITED STATE DISTRICT JUDGE

STIPULATED MOTION FOR EXTENSION OF
EXPERT-RELATED DEADLINES
(Cause No. 3:21-cv-05851-JHC) – 3
ss/JS6317.106/4098388X

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273