Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| KYRSTIN G. KONO and CHRISTOPHER KONO, husband and wife, individually and on behalf of the marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>K.K.W. Trucking, Inc.; a foreign corporation; and GERALD MASSEY, an individual,<br><br>Defendants. | No. 3:21-cv-05851-JHC<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF EXPERT-RELATED DEADLINES |

This matter having come before the Court on the Parties' Stipulated Motion to Extend Expert-Related deadlines. The motion of the parties is hereby GRANTED, and the deadlines are as follows:

| | |
|---|---|
| Expert Disclosures Due | November 3, 2022 |
| Rebuttal Expert Disclosures Due | December 5, 2022 |
| Discovery Completed by | December 12, 2022 |

It is so ORDERED.

DATED this 6th day of October, 2022

_____
HONORABLE JOHN H. CHUN
United States District Judge

ORDER GRANTING EXTENSION OF
EXPERT-RELATED DEADLINES
(Cause No. 3:21-cv-05851-JHC) – 1

**CONNELLY LAW OFFICES, PLLC**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

Presented by:

_/s Jackson Pahlke_____
Jackson Pahlke, 52812
CONNELLY LAW OFFICES
2301 North 30th Street
Tacoma, WA 98403
*Attorney for Plaintiff*

Approved:

_____/s Dylan E. Jackson_____
Dylan E. Jackson, WSBA No. 29220
Jeff M. Sbaih, WSBA No. 51551
WILSON SMITH COCHRAN DICKERSON
1000 Second Avenue, Suite 2050
Seattle, WA  98104-3629
*Attorneys for Defendants*

ORDER GRANTING EXTENSION OF
EXPERT-RELATED DEADLINES
(Cause No. 3:21-cv-05851-JHC) – 2

CONNELLY LAW OFFICES, PLLC
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax