HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| KIRSTYN G. KONO and CHRISTOPHER KONO, husband and wife, individually and on behalf of the marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>K.K.W. Trucking, Inc.; a foreign corporation; and GERALD MASSEY, an individual,<br><br>Defendants. | No. 3:21-cv-05851-JHC<br><br>ORDER GRANTING STIPULATED MOTION TO ENFORCE SUBPOENA DUCES TECUM TO PROVIDERS |

This matter comes before the Court on the parties stipulated motion to enforce subpoenas duces tecum issued and served on Seattle Spine & Sports and Washington Center for Pain Management (collectively "Providers") seeking production of Plaintiff's pertinent medical records and bills. There is no dispute the subpoenas were properly issued and that neither Provider responded to the subpoenas. Thus, the parties' joint motion is GRANTED. Seattle Spine & Sports and Washington Center for Pain Management are hereby ORDERED to produce all responsive documents to the subpoena by no later than January 4, 2023. As no party requests sanctions related to this Motion (although the Court acknowledges Defendants reserve

ORDER GRANTING STIPULATED MOTION TO ENFORCE SUBPOENA DUCES TECUM TO PROVIDERS (Cause No. 3:21-cv-05851-JHC) – 1



1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

the right to later request them if necessary), the Court reserves ruling on sanctions related to this request.

DATED this 16th day of December, 2022.


_____
HONORABLE JOHN H. CHUN
United States District Judge

ORDER GRANTING STIPULATED MOTION
TO ENFORCE SUBPOENA DUCES TECUM
TO PROVIDERS (Cause No. 3:21-cv-05851-
JHC) – 2

WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273