HONORABLE JOHN H. CHUN
Trial Date: June 12, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| KIRSTYN G. KONO and CHRISTOPHER KONO, husband and wife, individually and on behalf of the marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>K.K.W. Trucking, Inc.; a foreign corporation; and GERALD MASSEY, an individual,<br><br>Defendants. | No. 3:21-cv-05851-JHC<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS<br><br>**NOTE ON MOTION CALENDAR FEBRUARY 16, 2023** |

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate that all of Plaintiffs' claims and causes of action in this matter shall be dismissed with prejudice, with each party bearing their own attorney's fees, costs, and expenses.

/ / /

/ / /

/ / /

/ / /

---

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS (Cause No. 3:21-cv-05851-JHC) – 1
lq/DEJ6317.106/4365453X

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED: February 15, 2023.

By s/ *[signature: Jackson Pahlke]*
John R. Connelly, Jr., WSBA #12183
Jackson R. Pahlke, WSBA #52812
CONNELLY LAW OFFICES
2301 North 30th Street
Tacoma, WA 98403
Telephone: 253-593-5100
Email: jconnelly@connelyy-law.com
jpahlke@connelly-law.com
*Of Attorneys for Plaintiffs*

DATED: February 16, 2023.

/s/Dylan E. Jackson
Dylan E. Jackson, WSBA No. 29220
Jeff M. Sbaih, WSBA No. 51551
Wilson Smith Cochran Dickerson
1000 Second Avenue, Suite 2050
Seattle, WA 98104
Phone: 206-623-4100
jackson@wscd.com; sbaih@wscd.com
Attorneys for Defendants

## ORDER OF DISMISSAL

Based on the above Stipulation, IT IS ORDERED as follows:

1. All of Plaintiff's claims and causes of action in this matter shall be dismissed with prejudice; and

2. Each party shall bear its own attorney's fees, costs, and expenses.

DATED this 16th day of February, 2023.

*[signature]*
HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS (Cause No. 3:21-cv-05851-JHC) – 2
lq/DEJ6317.106/4365453X

WILSON SMITH COCHRAN DICKERSON
1000 Second Avenue, Suite 2050
Seattle, Washington 98104
Telephone: (206) 623-4100
Fax: (206) 623-9273